SK:MS
F. #2021R00696

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

NICHOLAS LEWIS,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

1:21-cr-0433(PKC)(CLP)

Cr. No. _____
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2),
924(d)(1), 2 and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

THE GRAND JURY CHARGES:

### FELON IN POSSESSION OF AMMUNITION

1. On or about June 25, 2021, within the Eastern District of New York, the defendant NICHOLAS LEWIS, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: 10 rounds of 9-millimeter Luger caliber ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), 2 and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not limited to: (1) one 9-millimeter semi-automatic Luger caliber pistol; and (2) 10 rounds of 9-

millimeter Luger caliber ammunition, all seized on or about June 25, 2021, in the vicinity of East 45 Street, Brooklyn, New York.

        3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a.)    cannot be located upon the exercise of due diligence;

    (b.)    has been transferred or sold to, or deposited with, a third party;

    (c.)    has been placed beyond the jurisdiction of the court;

    (d.)    has been substantially diminished in value; or

    (e.)    has been commingled with other property, which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

JACQUELYN M. KASULIS
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #: 2021R00696
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

NICHOLAS LEWIS,

Defendant.

## SUPERSEDING INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2), 924(d)(1), 2 and 3551 et seq.; T. 21, U.S.C. § 853(p); T. 28, U.S.C. § 2461(c))

*A true bill.*

_____ *Katie Kless*
                                    *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                    *Clerk*

*Bail, $* _____
_____

*Margaret Schierberl, Assistant U.S. Attorney (718) 254-6187*